UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § |
| | § CRIMINAL NO. H-06-0009 |
| OLADOPO SOSANYA, | § |
| | § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's motion for discovery, Docket No. 13. After reviewing the parties' filings, the Court finds that the parties appear to be in agreement as to the scope and timing of discovery. Defendant's motion is therefore **DENIED AS MOOT WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**